# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

157838

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOHNATHAN LAMAR BURKS,
   Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  157838
COA:  335955
Wayne CC:  16-002935-FC

   By order of October 30, 2018, the application for leave to appeal the April 3, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Beck* (Docket No. 152934) and *People v Dixon-Bey* (Docket No. 156746).  On order of the Court, *Beck* having been decided on July 29, 2019, 504 Mich ___ (2019), and leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered.  Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment of the Court of Appeals addressing the defendant's sentence for home invasion, and we REMAND this case to that court for reconsideration in light of *Beck*.  In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019

t1120

           Clerk